# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAULA GARCIA,

       Plaintiff,

v.

       Case No. 08-12943
       Hon. Gerald E. Rosen
       Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

# ORDER ADOPTING
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       August 31, 2009

       PRESENT: Honorable Gerald E. Rosen
                       Chief Judge, United States District Court

On July 13, 2009, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Paula Garcia's motion for summary judgment. Plaintiff has not filed any objections to the R & R. Upon reviewing the R & R, the parties' underlying motions, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

       Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's July 13, 2009 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment (docket #10) is GRANTED, and Plaintiff's motion for summary judgment (docket #8) is DENIED.

                                    s/Gerald E. Rosen
                                    Chief Judge, United States District Court

Dated: August 31, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 1, 2009, by electronic and/or ordinary mail.

                                    s/Ruth Brissaud
                                    Case Manager